RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/26/09
BY Dm

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-cr-00037 |
| VERSUS | JUDGE HICKS |
| KEVIN J. MINNIEFIELD | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's **Motion to Suppress (Doc. 25)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of August, 2009.

/s/ Maurice Hicks
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE